# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# GREENSBORO DIVISION

| | | |
|---|---|---|
| TORREY HIGHTOWER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.1:10cv00421 |
| | ) | |
| vs. | ) | |
| | ) | **NOTICE OF SETTLEMENT** |
| MIDLAND FUNDING, LLC and | ) | |
| SMITH DEBNAM NARRON DRAKE | ) | |
| SAINTSING & MEYERS, LLP | ) | |
| | ) | |
| Defendants. | ) | |

NOW COMES the Plaintiff, Torrey Hightower, by and through his attorney, M. LYNETTE HARTSELL, and hereby notifies the Court that a Settlement Agreement has been reached. Plaintiff will file the appropriate Stipulation of Dismissal with the Court, subsequent to the final approval and exchange of documents between the parties.

Respectfully Submitted,

/s/ M. Lynette Hartsell
M. Lynette Hartsell (9845)
Attorney for Plaintiff
1010 Lakeview Drive
Cedar Grove, NC 27231
(888) 595-9111, ext. 713 (phone)
(866) 382-0092 (facsimile)
lhartsell@attorneysforconsumers.com